IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMES ALVIN BARNETT,

                      Plaintiff

VS.

JAMES DONALD, *et al.*,

                      Defendants

NO. 5:06-CV-225 (CWH)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

**O R D E R**

Before the court is the defendants' **MOTION TO DISMISS PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF AS MOOT**. Tab #50. Plaintiff JAMES ALVIN BARNETT has responded to the defendants' motion (Tab #54), and though Barnett has made it clear that he thinks it is wrong that he did not receive injunctive relief, he acknowledges that "It's too late . . .. The damage is done to the Plaintiff and it is not reversible."

Accordingly, the defendants' **MOTION TO DISMISS PLAINTIFF'S CLAIM FOR INJUNCTIVE RELIEF AS MOOT** (Tab #50) is **GRANTED**.

SO ORDERED this 9th day of NOVEMBER, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE